The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and THERABODY, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ZHAO LIMIN, an individual; MAO HAIFENG, an individual; LI JIANLIN, an individual; HE DAOQING, an individual; and DOES 1-10,<br><br>Defendants. | No. 2:23-cv-00931-RSM<br><br>**ORDER GRANTING PLAINTIFFS' *EX PARTE* MOTION TO FILE OVER-LENGTH *EX PARTE* MOTION FOR ALTERNATIVE SERVICE ON MAO HAIFENG** |

THIS MATTER came before the Court on the *ex parte* Motion by Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, and Therabody (collectively, "Plaintiffs") for leave to file an over-length e*x parte* motion for alternative service (the "Motion"), pursuant to Local Civil Rule 7(f). The Court, having considered Plaintiffs' Motion and finding good cause, **GRANTS** Plaintiffs leave to file a motion for alternative service not to exceed 3,200 words.

SO ORDERED this 2nd day of July, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING *EX PARTE*
MOTION TO FILE OVER-LENGTH MOTION - 1
(2:23-cv-00931-RSM)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

<u>s/ Scott Commerson</u>
Scott Commerson, WSBA #58085
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcomemrson@dwt.com

ORDER GRANTING *EX PARTE*
MOTION TO FILE OVER-LENGTH MOTION - 2
(2:23-cv-00931-RSM)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax