UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., *et al.*,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ZHAO LIMIN, *et al.*,<br><br>　　　　Defendants. | Case No. C23-931-RSM<br><br>ORDER GRANTING IN PART EX PARTE MOTION FOR OVER-LENGTH BRIEFING |

This matter comes before the Court on the *Ex Parte* Motion by Plaintiffs Amazon.com, Inc., Amazon.com, Services LLC, and Therabody, Inc. for leave to file an over-length *ex parte* Motion for Default Judgment, pursuant to Local Civil Rule 7(f). Dkt. #31. Local Civil Rule 7(f) provides that motions brought under Local Civil Rule 7(d)(1), including motions for default judgment where the opposing party has not appeared, are limited to 2,100 words. Plaintiffs now request 2,100 additional words for a total limit of 4,200. *Id*. at 1.

"Motions seeking approval to file an over-length motion or brief are disfavored . . . ." LCR 7(f).

Plaintiffs ask for double the regularly allotted word limit. To support this extreme request, Plaintiffs state the following:

> Plaintiffs contend that the additional words are necessary to provide sufficient explanation of the facts surrounding Defendants' sale of counterfeit Therabody products in the Amazon.com store; Defendants' failure to appear; Defendants' established liability under each of the claims made by Plaintiffs; and Plaintiffs' request for monetary awards and a permanent injunction against Defendants.

ORDER - 1

Dkt. #31 at 2.

The Court finds that Plaintiffs fail to set forth a sufficient basis for doubling briefing on an *ex parte* motion. Although this case involves a large number of defendants, it is not otherwise unique or unusual considering the significant amount of similar litigation Amazon has filed in this District. The Court assumes that much of what Amazon is attempting to brief can instead be included in declarations or replaced with references to prior filings. On the other hand, the Court can imagine how the number of defendants here might require a more modest increase in briefing length.

Accordingly, having considered Plaintiffs' Motion and finding good cause, the Court finds and ORDERS that Plaintiffs' Motion for Leave to File Over-Length Motions and Briefs, Dkt. #31, is GRANTED IN PART. Plaintiffs' forthcoming motion for default judgment is not to exceed 3,100 words.

DATED this 25th day of March, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 2